IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

IN THE MATTER OF:                                                                           CHAPTER 7

AMY McMILLAN                                                                          CASE NO. 05-05412-EE

## RULE 3011 LIST
## OF UNCLAIMED FUNDS, CLAIMANTS, AND AMOUNTS

**COMES NOW**, J. Stephen Smith, Trustee, by and through his attorney, pursuant to 11 U.S.C. § 347 and Rules 3010(a) and 3011 FRBP, and files the following Rule 3011 List of Unclaimed Funds, Claimants, and Amounts, to-wit:

| Claimant | Last Known Address | Amount |
|---|---|---|
| Amy McMillan | 151 North Dogwood Hills<br>Forest, MS 39074 | $905.98 |

That check no. 101 in the amount of $905.98 was issued on July 16, 2007, but was never negotiated.

**WHEREFORE, PREMISES CONSIDERED**, J. Stephen Smith, Trustee, respectfully submits that the foregoing Rule 3011 List of Unclaimed Funds, Claimants, and Amounts be received and filed.

DATED: _____

Respectfully submitted,

J. STEPHEN SMITH
CHAPTER 7 TRUSTEE


EILEEN N. SHAFFER
Attorney for Trustee

EILEEN N. SHAFFER
MSB #1687
Post Office Box 1177
Jackson, Mississippi 39215
(601) 969-3006

## CERTIFICATE OF SERVICE

I, Eileen N. Shaffer, Attorney for the Trustee, do hereby certify that I have this date mailed by United States Mail, postage prepaid, a true and correct copy of the above and foregoing Rule 3011 List of Unclaimed Funds, Claimants, and Amounts to the following:

Amy McMillan
151 North Dogwood Hills
Forest, MS 39074

United States Trustee
100 West Capitol Street
Suite 706
Jackson, MS 39269-1602

**SO CERTIFIED** this the ____ day of _____, 2007.

_____
EILEEN N. SHAFFER